FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
10/14/2025
JEFFREY P. ALLSTEADT, CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**In re:**
**Shade George Ghanayem, Debtor**
Chapter 7

**Case No. 25-07355**

# NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Debtor, **Shade George Ghanayem**, hereby provides notice to this Honorable Court, the Office of the United States Trustee, and all interested parties of a change of mailing address for purposes of receiving all notices, pleadings, and correspondence related to this case.

The new mailing address for the Debtor is as follows:

**Shade George Ghanayem**
2410 West Pratt Blvd #308
Chicago, Illinois 60645
Email: pagesign24@proton.me
Telephone: (773) 524-0294

All future filings, notices, and correspondence should be directed to this updated address.

**Respectfully presented,**

Dated: **October 15, 2025**

**Shade George Ghanayem**

2410 West Pratt Blvd #308

Chicago, Illinois 60645

Email: pagesign24@proton.me

Telephone: (773) 524-0294

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the following parties by the method indicated on October 15, 2025,

**Email**

**Parties Served:**

- Chapter 7 Trustee: Catherine L. Steege, ESQ – csteege@jenner.com
- U.S. Trustee: Adam G. Brief – Ustpregion11.es.ecf@usdoj.gov
- Plaintiff's Attorney: Adrian P. Zeno - info@zenolawoffice.com

**Shade George Ghanayem,**

**Debtor, Pro se**