**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Shade George Ghanayem, | ) | Bankr. No. 25-07355 |
| | ) | |
| Debtor. | ) | Chief Judge Jacqueline P. Cox |

**Order Denying Motion to Reopen (Docket 56)**

The Debtor argues that he did not have notice of this court's November 21, 2025 Order Denying Motion to Reconsider. *See* Order at Docket 54. The court notes that the Debtor filed a Supplemental Notice of Additional Facts on the same date. Docket 53.

His claim that he did not get notice is not credible. The Debtor executed a Consent for Electronic Notice and Service herein on May 14, 2025. Docket 9.

The Debtor subsequently filed a Supplemental Statement of Fact on December 9, 2025. At that time he could have seen the November 21, 2025 Order he claims not to have notice of.

The Motion to Reopen is **Denied.**

In addition, the court is reluctant to allow the Debtor to re-litigate the issues resolved in the state court mortgage foreclosure and eviction cases(s).

Because the Debtor has filed motions to reopen (and to reconsider) this matter more than once, see motions at dockets 37, 40, 56 and 58, the court finds that he is not pursuing this matter in good faith with these multiple filings.

Debtor Shade George Ghanayem is hereby ordered to not file any more motions to reopen this chapter 7 case. Should he violate this restriction he will be sanctioned. The court will

consider as a sanction revoking his discharge pursuant to 11 U.S.C. § 727(d)(3) which incorporates 11 U.S.C. § 727(a)(6) – refusal to obey any lawful order of the court as a ground on which a discharge may be revoked..

**Date: May 8, 2026**

**ENTERED:**

**Jacqueline P. Cox**
**Chief Bankruptcy Judge**